```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Rafael Giron,                    :

    Plaintiff,                :

  v.                             :    Case No. 2:06-cv-0987

Nurse Bryant,                    :    JUDGE FROST

    Defendant.                :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on September 26, 2007.  No objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  Defendant's motion for judgment on the pleadings (#24) is DENIED AS MOOT.

                                                /S/ Gregory L. Frost  
                                          GREGORY L. FROST  
                                          UNITED STATES DISTRICT JUDGE